Bell v. British Airways, PLC et al.                                                    Doc. 3

Case 3:06-cv-04588-CRB     Document 3     Filed 07/31/2006     Page 1 of 1

**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   JORGE BELL,                                No. C-06-4588 MMC

12            Plaintiff
          v.                                    **ORDER OF REFERRAL**
13
     BRITISH AIRWAYS, PLC, et al.,
14
              Defendants
15   _____/

16

17

18       The above-titled case is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to

19   Magistrate Judge Edward M. Chen for consideration of whether the case is related to

20   Pahlavan v. British Airways, Plc, et. al., C-06-3905 EMC.

21       **IT IS SO ORDERED.**

22

23   Dated: July 31, 2006                       _____
                                                 MAXINE M. CHESNEY
24                                               United States District Judge

25
26
27
28