1  MAYER, BROWN, ROWE & MAW LLP
   EDWARD D. JOHNSON (SBN 189475)
2  SHIRISH GUPTA (SBN 205584)
   Two Palo Alto Square, Suite 300
3  Palo Alto, CA  94306-2112
   Telephone: (650) 331-2000
4  Facsimile: (650) 331-4557
   wjohnson@mayerbrownrowe.com
5

6  MAYER, BROWN, ROWE & MAW LLP
   RICHARD J. FAVRETTO
7  1909 K Street, N.W.
   Washington, D.C. 20006
8  Telephone: (202) 263-3000
   Facsimile: (202) 263-3300
9  rfavretto@mayerbrownrowe.com

10 Attorneys for Defendant
   UNITED AIR LINES, INC.
11
   Additional Counsel Appear on Signature Page
12

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE BELL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, VIRGIN ATLANTIC AIRWAYS, LTD., and UNITED AIR LINES, INC.,<br><br>Defendants. | CASE NO. CV 06-04588-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Local Rule 6-1, Plaintiff Jorge Bell and Defendants British Airways Plc, Virgin Atlantic Airways Ltd., and United Air Lines, Inc. respectfully request that this Court enter an order extending the time in which Defendants must answer or otherwise respond to this matter until the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re*

-1-

*International Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793) and a consolidated complaint is filed by all Plaintiffs in the single transferee Court and served on the Defendant. Plaintiff Jorge Bell has consented to the requested extension. In support of this stipulation, the parties state:

1. The Complaint in this matter was filed on July 27, 2006. It seeks relief under the Sherman Act and the Clayton Act against three defendants on behalf of a putative class.

2. Nearly 81 similar actions have been filed in various jurisdictions around the country.

3. There is a motion pending before the Judicial Panel on Multidistrict Litigation ("JPML") to consolidate and transfer actions like this one to a single venue. The JPML is considering this motion to consolidate in a matter captioned *In re Passenger Air Transportation Surcharge Antitrust Litigation*, MDL No. 1793.

4. The parties have agreed that this stipulation does not constitute a waiver of any defenses, including but not limited to, the defenses of lack of personal jurisdiction, lack of subject matter jurisdiction, or improper venue. The Defendants expressly reserve their right to raise all defenses in response to either the current complaint or any consolidated amended complaint that may subsequently be filed relating to this action.

THEREFORE, the parties request that this Court order that the time in which Defendants must answer or otherwise respond to this matter is the later of (1) the date when the Defendant would otherwise be required to file a response pursuant to Federal Rule of Civil Procedure 12, or (2) 45 days after the JPML rules on a motion pending in *In re Passenger Air Transportation Surcharge Antitrust Litigation* (MDL No. 1793), and a consolidated complaint is filed by Plaintiffs in the single transferee Court and served on the Defendant.

1  Respectfully submitted,

2

3  Dated: August 2, 2006                THE FURTH FIRM, LLP

4

5                                       /s/
                                         Michael P. Lehmann (SBN 77152)
6                                        Jon T. King (SBN 205073)
                                         225 Bush Street, 15th Floor
7                                        San Francisco, CA 94104-4249
8                                        T: (415) 433-2070
                                         F: (415) 982-2076
9

10                                       *Attorneys for Plaintiff Jorge Bell*

11 Dated: August 2, 2006                 MAYER, BROWN, ROWE & MAW LLP

12

13                                       /s/
14                                       Edward D. Johnson (SBN 189475)
                                         Two Palo Alto Square, Suite. 300
15                                       3000 El Camino Real
                                         Palo Alto, CA 94306
16                                       T: (650) 331-2000
17                                       F: (650) 331-4537

18
                                         Richard J. Favretto
19                                       MAYER, BROWN, ROWE & MAW LLP
                                         1909 K Street, NW
20                                       Washington, DC 20006
21
                                         *Attorneys for Defendant United Air Lines, Inc.*
22

23

24

25

26

27

28
                                         -3-
                                         STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
                                         RESPOND TO COMPLAINT - CASE NO. 06-04588-MMC

| | | |
|---|---|---|
| 1 | Dated:  August 2, 2006 | SULLIVAN & CROMWELL LLP |

/s/
Brendan P. Cullen (SBN 194057)
SULLIVAN & CROMWELL LLP
1870 Embarcadero Road
Palo Alto, CA  94303
T:  (650) 461-5600
F:  (650) 461-5700

Daryl A. Libow
SULLIVAN & CROMWELL LLP
1701 Pennsylvania Avenue, NW
Washington, DC  20006
T:  (202) 956-7500
F:  (202) 293-6330

*Attorneys for Defendant British Airways Plc*

Dated:  August 2, 2006            SIMPSON THACHER & BARTLETT LLP

/s/
Charles E. Koob (SBN 47349)
Harrison J. Frahn (SBN 206822)
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA  94304
T:  (650) 251-5000
F:  (650) 251-5002

*Attorneys for Defendant Virgin Atlantic Airways Limited*

-4-

1
2   PURSUANT TO STIPULATION,
    IT IS SO ORDERED:

3   Dated:   September 21, 2006

4
5
6   Honorable [illegible] esney
7
8
9



-5-

STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO
RESPOND TO COMPLAINT - CASE NO. 06-04588-MMC